IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDEEP GOSAL,<br><br>    Plaintiff,<br><br>  v.<br><br>SAVE MART SUPERMARKETS, ET AL.,<br><br>    Defendants.      / | No. C 16-601 CRB<br><br>**ORDER TERMINATING MOTION AND GRANTING LEAVE TO AMEND** |

Upon further consideration, the Court TERMINATES Defendants' Motion to Strike Counter-Defendant's Answer to Counterclaim (dkt. 22) and GRANTS Plaintiff leave to amend her Answer as she offered to do in her Opposition brief. See Opp'n (dkt. 25) at 6. Following amendment, if Defendants continue to believe that the Answer is subject to a motion to strike, they may renew their motion, with a hearing date of January 6, 2017.

**IT IS SO ORDERED.**

Dated: September 19, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2016\601\Gosal order terming and granting leave to amend.wpd