UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDEEP GOSAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAVE MART SUPERMARKETS, et al.,<br><br>　　　　Defendants. | Case No.16-cv-00601-CRB   (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br>Re: Dkt. Nos. 44 & 52 |

　　　This action has been referred to the undersigned magistrate judge for discovery. On December 15, 2016, the Court held a hearing regarding the pending discovery letter briefs. (Dkt. Nos. 44 & 52.) This Order confirms the rulings of the Court with respect to the issues raised in these discovery letter briefs.

　　　Plaintiff's motion to compel documents responsive to Request for the Production of Documents No. 65 is denied. Defendants confirmed their position that any responsive documents are privileged and thus inadmissible and Defendants have produced a privilege log identifying these documents. To the extent that Plaintiff disputes the adequacy of the log and/or whether any particular documents identified on the log are in fact privileged, the parties shall meet and confer and file a joint discovery letter brief as necessary.

　　　Defendants' motion to compel Plaintiff's further deposition is denied for the reasons stated on the record.

　　　Defendants' motion to compel production of Plaintiff's cell phone is granted in part. Plaintiff shall produce her phone and the mirror-image copy of her phone from April 2016 directly to Defendants' forensic expert who shall review the two items to determine: (1) whether it contains any audio recordings relevant to this litigation, and (2) whether it has been wiped. The

1  parties shall work together to schedule this production to occur by January 13, 2016 and the expert
2  shall conduct the examination of Plaintiff's phone as expeditiously as possible.
3        The parties are advised that the Court will be unavailable from December 26, 2016 through
4  January 13, 2017.
5        This Order disposes of Docket Nos. 44 and 52.
6        **IT IS SO ORDERED.**
7  Dated: December 15, 2016

*[signature]*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge