IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDEEP GOSAL,<br><br>    Plaintiff,<br><br>  v.<br><br>SAVE MART SUPERMARKETS, ET AL.,<br><br>    Defendants.                  / | No. C 16-601 CRB<br><br>**ORDER RE MOTIONS TO STRIKE AND DISMISS** |

     On calendar for Friday, January 6, 2017, are three motions in this case: (1) a motion to dismiss Defendant Zeke Lozano (dkt. 46); (2) a motion to dismiss Plaintiff Mandeep Gosal's counterclaim (dkt. 38); and (3) a motion to strike Gosal's amended answer to Defendants' counterclaim (dkt. 39). The Court finds this matter suitable for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), VACATES the motion hearing currently set for January 6, 2017, SETS a status conference for the same time on January 6, 2017, and rules as follows.

     The Court DENIES the motion to dismiss Lozano: the Court deems service in this case proper, rejects the suggestion that Plaintiff failed to prosecute Lozano, and holds that the sixth and seventh causes of action state a claim against Lozano. The Court GRANTS Defendants' motion to dismiss Gosal's counterclaim, as indemnification under Cal. Labor

Code § 2802 is not cognizable here, and the remaining counterclaims lack merit.  The Court SEVERS and STAYS Defendants' counterclaim (dkt. 19),[1] and therefore also STAYS Defendants' motion to strike Gosal's amended answer to that counterclaim.

**IT IS SO ORDERED.**

Dated: December 21, 2016

CHARLES  R. BREYER

UNITED STATES DISTRICT JUDGE

---

[1] The Court also STAYS any discovery related to that counterclaim.